UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SURINDERPAL RANDHAWA, individually and dba SUPER 1 FOOD STORE; et al.,<br><br>　　　　Defendants. | No. 1:23-cv-00087-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 6) |

On March 20, 2023, Plaintiff filed a "Notice of Voluntary Dismissal of Entire Action," in which Plaintiff notifies the Court that this case is voluntarily dismissed with prejudice. (Doc. 6.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:　**March 21, 2023**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE